Leonard H. Simon, Bar No. TBN-18387400 SDOT-8200
Pendergraft & Simon
The Riviana Building
2777 Allen Parkway Suite 800
Houston, TX 77019
(713) 528-8555
Attorney for the Petitioner

# UNITED STATES BANKRUPTCY COURT FOR THE

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:  
**R. Hassell Builders, Inc.**

Case No.:  
SSN: 76-0502514  
SSN:

Debtor(s)

## Numbered Listing of Creditors

Address:  
**12807 HAYNES RD BLDG C**  
**HOUSTON, TX 77066-1123**

Chapter: 11

| # | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | R. Hassell & Co., Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066<br>N/A | Unsecured Claim | |
| 2. | R. Hassell Holding Co., Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066<br>N/A | Unsecured Claim | |
| 3. | R. Hassell Properties, Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066<br>N/A | Unsecured Claim | |
| 4. | Royce J. Hassell<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066<br>N/A | Unsecured Claim | |
| 5. | Texan Floor<br>2055 Silber, Suite 108<br>Houston, TX 77055<br>N/A | Unsecured Claim | $17,700.70 |

in re:   **R. Hassell Builders, Inc.**

Debtor

Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **R. Hassell Builders, Inc.**,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing *Numbered Listing of Creditors,* consisting of __2__ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: /s/ Royce J. Hassell         Date: 6/29/2018
**Royce J. Hassell**
**President**