| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name | **R. Hassell Builders, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-33619** |

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue** — Check all that apply.

**Gross revenue** (before deductions and exclusions)

| | | | | | |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **10/01/2017** MM/DD/YYYY | to | Filing date | ☐ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year: | From **10/01/2016** MM/DD/YYYY | to | **09/30/2017** MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $0.00 |
| For the year before that: | From **10/01/2015** MM/DD/YYYY | to | **09/30/2016** MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

**Description of sources of revenue**

**Gross revenue from each source** (before deductions and exclusions

| | | | | | |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **07/07/1905** MM/DD/YYYY | to | Filing date | none | |
| For prior year: | From **07/07/1904** MM/DD/YYYY | to | **07/06/1905** MM/DD/YYYY | | |
| For the year before that: | From **07/07/1903** MM/DD/YYYY | to | **07/06/1904** MM/DD/YYYY | | |

Debtor   **R. Hassell Builders, Inc.**　　　　　　　　　　　　　　Case number (if known) **18-33619**
　　　　　Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **None**<br>Creditor's name<br><br>Street<br><br>City　　State　ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **none**<br>Insider's name<br><br>Street<br><br>City　　State　ZIP Code<br><br>**Relationship to debtor**<br>_____ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **None**<br>Creditor's name<br><br>Street<br><br>City　　State　ZIP Code | | | |

Debtor  **R. Hassell Builders, Inc.**               Case number (if known) **18-33619**
        Name

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**None**
Creditor's name

Street

City       State    ZIP Code

Last 4 digits or account number: XXXX-___  ___  ___  ___

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

**7.1.**
- Case title: **Various-Incorporate all of R. Hassell Holding Companies, Inc.**
- Nature of case: **Incorporate all of the legal proceedings of parent Company The R. Hassell Holding Companies, Inc.**
- Court or agency's name and address: Name / Street / City State ZIP Code
- Case number:
- Status of case: ☐ Pending ☐ On appeal ☐ Concluded

**7.2.**
- Case title: **R. Hassell Builders, Inc v. Texan Floor Service Ltd**
- Nature of case: **Contract of Hassell 2012 Jt Venture Partnership**
- Court or agency's name and address: **Texas Supreme Ct.** / **201 W 14th St., Rm 104** / **Austin, Tx 78701**
- Case number: **18-0347**
- Status of case: ☐ Pending ☑ On appeal ☐ Concluded

**7.3.**
- Case title: **R. Hassell & Co. et al v. Hassell Construction Co., Inc et al**
- Nature of case: **Declartory Judgment was sent to arbritration (AAA case no. 01-14-0000-3178) out of case # 201361995 in the 125th Judicial Dist Ct of Harris County**
- Court or agency's name and address: **Texas Ct of Appeals (Houston 1st)** / **301 Fannin St., Rm 245** / **Houston, Tx 77002**
- Case number: **01-18-00546-CV**
- Status of case: ☐ Pending ☑ On appeal ☐ Concluded

Debtor   **R. Hassell Builders, Inc.**                                    Case number (if known)   **18-33619**
         Name

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.4. | Hassell 2012 Joint Venture | Involuntary Bankruptcy | US Bankruptcy Ct. Southern Dist Tx-H <br> Name <br> 515 Rusk St 4th flr <br> Street <br> Houston, Tx 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 18-31189 | | | |
| 7.5. | Hassell 2012 Joint Venture | Involuntary Bankruptcy | US Bankruptcy Ct, South. Dist. Tx.-Ho <br> Name <br> 515 Rusk St. 4th flr <br> Street <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> 15-30781 | | | |
| 7.6. | Hassell Construction Co. Inc v. HCID 18, Springwoods Realty et al | Rule 39 Notice of the absence of parties needed for adjudication pertaining to the Springwoods Project | 333rd Jud. Dist Ct of Harris County <br> Name <br> 201 Caroline, 14th Flr <br> Street <br> Houston, Tx 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 201684811 | | | |
| 7.7. | R. Hassell & Co., et al v. CommunityBank of Texas,NA | garnishment | 61st Judical Dt Ct of Harris County Tx <br> Name <br> 201 Caroline, 14th Flr <br> Street <br> Houston, Tx 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 201361995A | | | |
| 7.8. | R. Hassell & Co., et al v. CommunityBank of Texas,NA | garnishment | 61st Judical Dt Ct of Harris County Tx <br> Name <br> 201 Caroline, 14th Flr <br> Street <br> Houston, Tx 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 201361995B | | | |
| 7.9. | HCCI Derivatively by & through Royce Hassell et al v. HCID 18, Springwood Realty | Breach of Contract, quatum meruit, unjust enrichment, fraud associated with the Springwoods Porject | Texas Ct of Appeals (Houston 1st Dist <br> Name <br> 301 Fannin St. Rm 245 <br> Street <br> Houston, Tx 77002 <br> City   State   ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| | **Case number** <br> 01-17-00822-CV | | | |

Debtor   **R. Hassell Builders, Inc.**                                   Case number (if known)  **18-33619**
            Name

|      | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-------------------------------------|----------------|
| 7.10. | **R. Hassell Holding Co Inc et al v. Richard Rose et al** | **Malpractice, Fraud associated with concealed conflicts of interest on Springwoods Project** | **Texas Court of Appeals (Houston 14th** *Name* <br> **301 Fannin Rm** *Street* <br> **Houston, Tx 77002** <br> *City    State    ZIP Code* | ☐ Pending <br> ☒ On appeal <br> ☐ Concluded |
|  | **Case number** <br> **14-17-00208-CV** | | | |
| 7.11. | **Hassell Construction Co., Inc v. H.C.I.D 18, SPringwoods Realty** | **Breach of Contract, Quantum Meruit, Fraud on Springwoods Project** | **Texas Ct of Appeals (Houston 1st Dist** *Name* <br> **301 Fannin Rm 245** *Street* <br> **Houston, Tx 77002** <br> *City    State    ZIP Code* | ☐ Pending <br> ☒ On appeal <br> ☐ Concluded |
|  | **Case number** <br> **01-17-00154-CV** | | | |
| 7.12. | **Hassell Construction Co., Inc v. Trunkline Gas Co., LLC et al** | **Intervenors** <br><br> **Damages for drilling mud incident on Springwoods Project** | **133 Judical Dist. Ct of Harris County T** *Name* <br> **201 Caroline, 11th Flr** *Street* <br> **Houston, Tx 77066** <br> *City    State    ZIP Code* | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
|  | **Case number** <br> **201429648** | | | |
| 7.13. | **R. Hassell & Co., Inc et al v. Hassell Construction Co Inc et al** | **Removal Action of state court case to Bankruptcy Court** | **US Bankruptcy Ct., Southern Dist-Hou** *Name* <br> **515 Rusk St, 4th flr** *Street* <br> **Houston Tx 77002** <br> *City    State    ZIP Code* | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
|  | **Case number** <br> **18-03042** | | | |
| 7.14. | **In re: Royce & Silvia Hassell et al** | **Mandamus** | **Texas Ct of Appeals (Houston 1st Dist** *Name* <br> **301 Fannin St., Rm 245** *Street* <br> **Houston, Tx 77002** <br> *City    State    ZIP Code* | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
|  | **Case number** <br> **01-14-00996-CV** | | | |
| 7.15. | **in re: R. Hassell & Co., Inc. et al** | **Mandamus** | **Texas Ct of Appeals (Houston 1st Dist** *Name* <br> **301 Fannin St. Rm 245** *Street* <br> **Houston, Tx 77002** <br> *City    State    ZIP Code* | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
|  | **Case number** <br> **01-14-00349-CV** | | | |

| Debtor | **R. Hassell Builders, Inc.** | Case number (if known) | **18-33619** |
|---|---|---|---|
| | Name | | |

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.16. | **Demand for Arbrirtration** | **Demand was made against Interface Consulting International, Inc with JAMS but fee was never paid.** | **JAMS**<br>Name<br>**8401 N. Central Expressway, S.610**<br>Street<br>**Dallas, TX 75225**<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
|  | Case number | | | |

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.17. | **R. Hassell Holding/R Hassel & Co/R Hassell Builders Demand for Investigation** | **Demand for investigation for defense, failure to defend, bad faith and fraud against Liberty Mutual, Alliant Insurance, CHS Surety, AIG INsurance pertaining to Hassell 2012 Joint Venture and Springwoods Joint Venture** | Name<br><br>Street<br><br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
|  | Case number | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **None**<br>Custodian's name<br><br>Street<br><br>City    State    ZIP Code | **Case title**<br>**None**<br><br>**Case number**<br><br><br>**Date of order or assignment** | <br><br>**Court name and address**<br><br>Name<br><br>Street<br><br>City    State    ZIP Code |

### Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **None**<br>Recipient's name<br><br>Street<br><br>City    State    ZIP Code<br><br>**Recipient's relationship to debtor** | | | |

Official Form 207         Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         page 6

Debtor   **R. Hassell Builders, Inc.**                                  Case number (if known) **18-33619**
              Name

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **None Known** | | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **None** | | | |

**Address**

_____
Street

_____
City                State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **None** | | | |

**Trustee**

_____

Debtor  **R. Hassell Builders, Inc.**                               Case number (if known) **18-33619**
　　　　Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **None Known** | | | |

Address

_____
Street

_____
City　　　　　State　　ZIP Code

**Relationship to debtor**

_____

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | **12512 Cutten Rd., Ste.A**<br>Street<br>**Houston, Tx. 77066**<br>　　　　　　　　　　City　　　　　State　　ZIP Code | From **2012** | To **01/31/2018** |

| Debtor | R. Hassell Builders, Inc. | Case number (if known) | 18-33619 |
|---|---|---|---|
| | Name | | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. **None**
Facility name

Street

Location where patient records are maintained
(if different from facility address). If electronic, identify any service provider.

City         State    ZIP Code

**How are records kept?**
*Check all that apply:*

☐ Electronically
☐ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

Debtor    **R. Hassell Builders, Inc.**                               Case number (if known)   **18-33619**
          Name

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **None** <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | XXXX- __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **None** <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | Address | | ☑ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **None** <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | Address | | ☑ No <br> ☐ Yes |

Debtor   **R. Hassell Builders, Inc.**                                  Case number (if known)   **18-33619**
         Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

**Owner's name and address**      **Location of the property**      **Description of the property**      **Value**

**None**
Name

Street

City                State   ZIP Code

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☐ No
☒ Yes.  Provide details below.

**Case title**            **Court or agency name and address**      **Nature of the case**      **Status of case**
**None**                                                                                        ☐ Pending
                          Name                                                                  ☐ On appeal
                          Street                                                                ☐ Concluded
**Case number**

                          City                State   ZIP Code

Debtor **R. Hassell Builders, Inc.**  Case number (if known) **18-33619**
Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number | Dates business existed |
|---|---|---|---|---|
| 25.1. | **R. Hassell Holding Companies, Inc.** (Name)<br>**12807 Haynes Rd., Bldg. C** (Street)<br>**Houston Tx. 77066** (City State ZIP Code) | **holding company for R. Hassell Builders and R. Hassell & Co.** | EIN: **7 6 – 0 6 5 7 7 3 3** | From **1991** To **current** |
| 25.2. | **R. Hassell & Co., Inc.** (Name)<br>**12807 Haynes Rd., Bldg. C** (Street)<br>**Houston, Tx 77066** (City State ZIP Code) | **Construction** | EIN: **7 6 – 0 3 4 6 4 9 4** | From **1991** To **present** |
| 25.3. | **Springwoods Joint Venture** (Name)<br>(Street)<br>(City State ZIP Code) | | EIN: __ __ – __ __ __ __ __ __ __ | From ____ To ____ |
| 25.4. | **Hassell 2012 Joint Venture** (Name)<br>(Street)<br>(City State ZIP Code) | | EIN: **4 7 – 2 9 8 5 8 4 2** | From ____ To ____ |

Debtor  **R. Hassell Builders, Inc.**                                    Case number (if known) **18-33619**
      Name

**26. Books, records, and financial statements**

  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| | **Name and address** | **Dates of service** | |
|---|---|---|---|
| 26a.1. | **Tammy Sequeira - Ladell CFO Services**<br>Name<br>**12218 Jones Rd. D230**<br>Street<br>**Houston, Tx. 77070**<br>City / State / ZIP Code | From _____ | To _____ |
| 26a.2. | **Terry Maxwell- Maxwell & Bain**<br>Name<br>**PO Box 12919**<br>Street<br>**Houston, Tx 77217**<br>City / State / ZIP Code | From _____ | To _____ |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☑ None

  26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | **R. Hassell Holding Inc & Royce Hassell**<br>Name<br>**12807 Haynes Rd. Bldg C**<br>Street<br>**Houston Tx 77066**<br>City / State / ZIP Code | |

  26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☐ None

| | **Name and address** |
|---|---|
| 26d.1. | **Only consolidated statements issued**<br>Name<br>Street<br>City / State / ZIP Code |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 13

Debtor **R. Hassell Builders, Inc.** Case number (if known) **18-33619**
　　　　Name

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **None** | | |

**Name and address of the person who has possession of inventory records**

27.1. _____
　　　Name
　　　_____
　　　Street
　　　_____
　　　_____
　　　City　　　　　　　State　　ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Royce J. Hassell** | **12807 Haynes Rd, Bldg. C Houston, Tx. 77066** | **President & Director** | |
| **Terry Tauriello** | **12807 Haynes Rd., Bldg. C Houston, Tx 77066** | **EVP** | **0%** |
| **Cynthia Grooms** | **12807 Haynes Rd., Bldg C Houston, Tx. 77066** | **Secretary** | **0%** |
| **Silvia T. Hassell** | **12807 Haynes Rd., Bldg. C Houston, Tx. 77066** | **Director** | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **None** | | | From _____ To _____ |

Debtor  **R. Hassell Builders, Inc.**  Case number (if known) **18-33619**
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

30.1. **None**
Name

Street

City     State    ZIP Code

**Relationship to debtor**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

**Name of the parent corporation**
The R. Hassell Holding Companies Inc.

**Employer Identification number of the parent corporation**
EIN: 7 6 – 0 6 5 7 7 3 3

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/09/2018**
MM / DD / YYYY

X **/s/ Royce Hassell**                                    Printed name  **Royce Hassell**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Royce Hassell**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes