IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| R. HASSELL HOLDING COMPANY INC., | § § | Case No. 18-33541-H1-7 (Chapter 7) |
| | § | |
| R. HASSELL & CO., INC., | § § | Case No. 18-33608-H1-7 (Chapter 7) |
| | § | |
| R. HASSELL BUILDER, INC., | § § | Case No. 18-33619-H1-7 (Chapter 7) |
| Debtors. | § | |

**TRUSTEE'S NOTICE OF ABANDONMENT OF PROPERTY OF THE ESTATE**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS WAS SERVED UPON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

YOU ARE HEREBY NOTIFIED that the Trustee of the above-captioned Estate intends to abandon certain property of the Estate not less than twenty-one (21) days from the date hereof pursuant to the Mediated Settlement Agreement approved by the Bankruptcy Court in the Order Approving Compromise of Controversy ("9019 Order")(Docket No. 48) and pursuant to 11 U.S.C. § 554(a). To the extent there is any inconsistency between this Notice and the 9019 Order, the 9019 Order controls. To the extent that there is any dispute regarding what property is abandoned

pursuant to the 9019 Order and this Notice, such dispute shall be resolved pursuant to the terms of the Mediated Settlement Agreement. This notice shall serve as the Trustee's Notice to abandon property of the estate, consistent with the terms of the 9019 Order and Mediated Settlement Agreement, pursuant to 11 U.S.C. §554.

**Abandoned Property:**

1. Litigation claims and/or causes of action, if any, owned by the Chapter 7 Estates of R. Hassell & Co., Inc. in Case No. 18-33608, R. Hassell Builders, Inc. in Case No. 18-33619, and R. Hassell Holding Company, Inc. in Case No. 18-33541 (collectively referred to as the "R. Hassell Cases") to the respective debtor entities in those R. Hassell Cases, except and excluding from such abandonment the Non-Abandoned Claims and Interests described below.

2. The interest, if any, in the 2012 Hassell Joint Venture owned by the Chapter 7 Estates of R. Hassell & Co., Inc., R. Hassell Builder, Inc., and R. Hassell Holding Company, Inc., except and excluding from such abandonment any interest exercised or utilized in the Non-Abandoned Claims and Interests Described Below.

**Non-Abandoned Claims and Interests:**

Those claims and/or causes of actions owned by the Chapter 7 estates of the R. Hassell Cases that are not being abandoned are the claims and/or causes of action that were resolved by the Trustee under the Compromise, Settlement and Release Agreement approved by this Court, including those estate owned claims in: (i) *James C. Hassell and Hassell Construction Company, Inc. vs. R. Hassell Holding Co., Inc., R. Hassell & Company, Inc., R. Hassell Builders, Inc., G.R. Group Resources, LLP, Royce J. Hassell, and Sylvia T. Hassell,* Case No. 1-14-0000-3178, American Arbitration Association, Construction Industry Arbitration Tribunal, (ii) *R. Hassell Holding Co., Inc., R. Hassell & Company, Inc., R. Hassell Builders, Inc., and G.R. Group Resources, LLP vs. Hassell Construction Company, Inc. and Hassell Management Services, LLC*, Cause No. 2013-61995, in the Harris County District Court, 61st Judicial District, (iii) *Hassell Construction Company, Inc. and James C. Hassell vs. R. Hassell Holding Co., Inc., R. Hassell & Company, Inc., R. Hassell Builders, Inc., G.R. Group Resources, LLP, Royce J. Hassell, and Silvia T. Hassell,* Cause No. 1-18-000546-CV, In the First Court of Appeals, Houston, Texas., (iv) *R. Hassell & Company, Inc. and R. Hassell Builders, Inc. vs. CommunityBank of Texas, N.A.,* Cause No. 2013-61995A, in the Harris County District Court, 61st Judicial District, (v) *HCCI vs. Trunkline Gas Company, LLC, et al,* Cause No. 2014-29648, in the 133rd Judicial District, Harris County, Texas, and (vi) the claims/relief requested by the Chapter 7 estates of the R. Hassell Cases in the motions for sanctions against Hassell Construction Company, Inc. in the bankruptcy case styled *In Re: Hassell 2012 Joint Venture, Case No. 18-31189,*

pending in the United States Bankruptcy Court, Southern District of Texas, Houston Division.

DATED:	September 4, 2019	**WAUSON | PROBUS**

By:  */s/ Matthew B. Probus*
   Matthew B. Probus
   State Bar No. 16341200
   Federal ID 10915
   MBProbus@w-plaw.com

One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)

*ATTORNEYS FOR RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument has been served upon the parties listed below and on the attached service list on this 4th day of September, 2019, via United States regular mail, postage paid first class and via the Court's ECF/PACER system on all those listed on the attached mailing matrix.

            */s/ Matthew B. Probus*
            Matthew B. Probus

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 18-33451<br>Southern District of Texas<br>Houston<br>Tue Feb  5 10:12:06 CST 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Capio Partners Llc<br>ATTN: Bankruptcy<br>PO Box 3498<br>Sherman, TX 75091-3498 | Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave MS AZ1-1191<br>Phoenix, AZ 85004-1071 |
| Clear Lake Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Credit Protection Assoc/Etan Industries<br>Attn: Bankruptcy<br>PO Box 802068<br>Dallas, TX 75380-2068 | Dept of Ed / Navient<br>Attn: Claims Dept<br>PO Box 9635<br>Wilkes Barr, PA 18773-9635 |
| INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix AZ 85038-9505 |
| Mainland Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Merchants & Professional Credit Bureau<br>Attn: Bankruptcy<br>5508 Parkcrest Dr Ste. 210<br>Austin, TX 78731-4929 | Midwest Recovery Systems<br>PO Box 899<br>Florissant, MO 63032-0899 |
| NPRTO Texas, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | National Credit System<br>PO Box 31215<br>Atlanta, GA 31131 | Navient<br>Attn: Bankruptcy<br>PO Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Navient Solutions, LLC on behalf of<br>Department of Education Loan Services<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | Portfolio Recovery<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Southern Management Sy<br>625-c Herndon Av<br>Orlando, FL 32803-5187 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>PO Box 965061<br>Orlando, FL 32896-5061 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Vasquez Law Group, PLLC<br>701 N. Post Oak Dr., Ste 655<br>Houston, TX 77024-3885 |
| (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Carnisha Shanee Simpson<br>5514 Griggs Road<br>#123<br>Houston, TX 77021-3762 |
| David G Peake<br>Chapter 13 Trustee<br>9660 Hillcroft<br>Suite 430<br>Houston, TX 77096-3860 | Regina Marie Vasquez<br>Vasquez Law Group, PLLC<br>701 N. Post Oak Rd.<br>Suite 655<br>Houston, TX 77024-3885 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>1919 Smith St.<br>Stop 5022 HOU<br>Houston, TX 77002 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Wells Fargo Bank<br>Attn: Bankruptcy Dept<br>PO Box 6429<br>Greenville, SC 29606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, N.A. | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients    2<br>Total                 30 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 18-33608<br>Southern District of Texas<br>Houston<br>Tue Feb  5 10:14:13 CST 2019 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Cypress Fairbanks ISD<br>Linebarger Goggan Blair & Sampson LLP<br>C/O John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | R. Hassell & Co., Inc.<br>P O Box 3047<br>Bellaire, TX 77402-3047 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | AMI<br>710 N. Post Oak Road, Suite 208<br>Houston, TX 77024-3846 | American Arbitration Assoc.<br>13727 Noel Rd., Ste 700<br>Dallas, TX 75240-2000 |
| American Express<br>P.O. Box 6504448<br>Dallas, TX 75265-0448 | Barry Conge Harris LLP<br>1776 Yorktown, Suite 350<br>Houston, TX 77056-4161 | Barry Conge Harris LLP<br>1800 West Loop South, Suite 750<br>Houston, TX 77027-3299 |
| Buck Keenan, LLP<br>700 Louisiana, Suite 5100<br>Houston, TX 77002-2766 | Carol Davis Reporting, Records & Video,<br>7838 Hillmont<br>Houston, TX 77040-6108 | Chase Card Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Cypress Fairbanks ISD<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Ford 2015 F250<br>P.O. Box 15271<br>Irving, TX 75015-2271 |
| Ford 2017 F250<br>P.O. Box 15271<br>Irving, TX 75015-2271 | Ford 2017 F450<br>P.O. Box 15271<br>Irving, TX 75015-2271 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Ford Mustang<br>P.O. Box 15271<br>Irving, TX 75015-2271 | HSSK<br>952 Echo Lane, Suite 200<br>Houston, TX 77024-2769 | Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| Hassell Construction Co., Inc.<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | Hassell Construction Co., Inc.<br>C/O Bogdan Rentea<br>700 Lavaca, suite 1400<br>Austin, Tx 78701-3102 | Hassell Management Services, LLC<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 |
| Interface Consulting Int'l, Inc.<br>One Riverway, Ste. 2350<br>Houston, TX 77056-1996 | James C. Hassell<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | James C. Hassell<br>2025 EAGLE VIEW DR.<br>NAVASOTA, TX 77868-3951 |

| | | |
|---|---|---|
| James C. Hassell, James P. Hassell<br>Shawn Hassell Potts<br>C/O Bogdan Rentea<br>700 Lavaca, suite 1400<br>Austin, Tx 78701-3102 | James P. Hassell<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | James P. Hassell<br>2522 Cutten Rd<br>Houston, Texas 77055 |
| Jason Hassell<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | Juan Gonzalez<br>5302 Maple<br>Bellaire, TX 77401-4809 | Lexitas<br>P..O. Box 4227<br>Houston, TX 77210-4227 |
| Locke Lord LLP<br>2800 Financial Plaza - SEV<br>Providence, RI 02903 | Locke Lord LLP<br>600 Travis, Suite 2800<br>Houston, TX 77002-2914 | Michael L. Hassell, Manager<br>Hassell Construction Group, LLC<br>25106 Hufsmith Cemetery Rd.<br>Tomball, Tx 77375-2580 |
| Mike Hassell<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | Omnivere, LLC<br>P.O. Box 71727<br>Chicago, IL 60694-1727 | Pendergraft & Simon LLP<br>2777 Allen Parkway Ste 800<br>Houston, TX 77019-2129 |
| R. Hassell Builders, Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066-1123 | R. Hassell Holding Co., Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066-1123 | R. Hassell Properties, Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066-1123 |
| Royce & Silvia Hassell (retainer for Int<br>5302 Maple<br>Bellaire, TX 77401-4809 | Royce J. Hassell<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066-1123 | Royce J. Hassell (reimb. legal bills pd.<br>5302 Maple<br>Bellaire, TX 77401-4809 |
| Texas Capital (Addendum 5)<br>2350 Lakeside Blvd., Suite 605<br>Richardson, TX 75082-4340 | Texas Capital (PC 200)<br>2350 Lakeside Blvd., Suite 605<br>Richardson, TX 75082-4340 | Texas Capital Bank (Addendum #3)<br>2350 Lakeside Boulevard, Suite 605<br>Richardson, TX 75082-4340 |
| The Hanover Insurance Company<br>c/o Langley LLP<br>1301 Solana Blvd., Building 1, Ste. 1545<br>Westlake, Texas 76262-1659 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Xact Data Discovery - DATX<br>P.O. Box 6594<br>Carol Stream, IL 60197-6594 |
| Leonard H. Simon<br>Pendergraft & Simon, LLP<br>The Riviana Building<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019-2129 | Randy W Williams<br>Byman & Associates PLLC<br>7924 Broadway<br>Suite 104<br>Pearland, TX 77581-7933 | William P Haddock<br>Attorney At Law<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019-2129 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ford Motor Credit Company LLC
Dept 55953
P O Box 55000
Detroit  MI, 48255-0953
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Barry Conge Harris LLP | (u)Ford Motor Credit Company LLC | (u)The Hanover Insurance Company |
| (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (u)Coats Rose Judgment | End of Label Matrix<br>Mailable recipients   56<br>Bypassed recipients    5<br>Total                 61 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 18-33619<br>Southern District of Texas<br>Houston<br>Tue Feb  5 10:14:59 CST 2019 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | R. Hassell Builders, Inc.,<br>P O Box 3047<br>Bellaire, TX 77402-3047 |
| Texan Floor Service, Ltd.<br>C/O Droel, PLLC<br>7900 Xerxes Avenue South<br>Suite 1930<br>Minneapolis, MN 55431-1154 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, tx 78711-2548 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| American Arbitration Assoc.<br>13727 Noel Rd., Ste 700<br>Dallas, TX 75240-2000 | American Express<br>P.O. Box 6504448<br>Dallas, TX 75265-0448 | Barry Conge Harris LLP<br>1776 Yorktown, Suite 350<br>Houston, TX 77056-4161 |
| Hassell Construction Co., Inc.<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | Hassell Construction Co., Inc.<br>C/O Bogdan Rentea<br>700 Lavaca, suite 1400<br>Austin, Tx 78701-3102 | James C. Hassell<br>2025 EAGLE VIEW DR.<br>NAVASOTA, TX 77868-3951 |
| James C. Hassell, James P. Hassell<br>Shawn Hassell Potts<br>C/O Bogdan Rentea<br>700 Lavaca, suite 1400<br>Austin, Tx 78701-3102 | James P. Hassell<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | James P. Hassell<br>2522 Cutten Rd<br>Houston, Texas 77055 |
| Jason Hassell<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | Locke Lord LLP<br>2800 Financial Plaza - SEV<br>Providence, RI  02903 | Michael L. Hassell, Manager<br>Hassell Construction Group, LLC<br>25106 Hufsmith Cemetery Rd.<br>Tomball, Tx 77375-2580 |
| Mike Hassell<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | Pendergraft & Simon LLP<br>2777 Allen Parkway Ste 800<br>Houston, TX 77019-2129 | R. Hassell & Co., Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066-1123 |
| R. Hassell Holding Co., Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066-1123 | R. Hassell Properties, Inc.<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066-1123 | Royce J. Hassell<br>12807 Haynes Road, Bldg. C<br>Houston, TX 77066-1123 |
| Royce J. Hassell<br>5302 Maple<br>Bellaire, Texas 77401-4809 | Shawn Potts<br>12522 Cutten Rd.<br>Houston, TX 77066-1821 | Texan Floor<br>2055 Silber, Suite 108<br>Houston, TX 77055-2644 |
| Texan Floor Service, Ltd.<br>c/o J. Matthew Berner<br>Droel, PLLC<br>7900 Xerxes Avenue South, Suite 1930<br>Bloomington, Minnesota 55431-1154 | The Hanover Insurance Company<br>c/o Langley LLP<br>1301 Solana Blvd., Building 1, Ste. 1545<br>Westlake, Texas 76262-1659 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |

| | | |
|---|---|---|
| Leonard H. Simon<br>Pendergraft & Simon, LLP<br>The Riviana Building<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019-2129 | Randy W Williams<br>Byman & Associates PLLC<br>7924 Broadway<br>Suite 104<br>Pearland, TX 77581-7933 | William P Haddock<br>Attorney At Law<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019-2129 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Barry Conge Harris LLP | (u)The Hanover Insurance Company | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| (u)Coats Rose Judgement | (d)Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | End of Label Matrix<br>Mailable recipients   32<br>Bypassed recipients    5<br>Total                 37 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 18-31189<br>Southern District of Texas<br>Houston<br>Tue Feb  5 10:15:33 CST 2019 | Cypress-Fairbanks ISD<br>Linebarger Goggan Blair & Sampson LLP<br>C/O Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Hassell 2012 Joint Venture<br>12322 Cutten Road<br>Houston, Tx 77066 | Hassell Construction Company, Inc.<br>12522 Cutten Rd<br>Houston, TX 77066-1821 | R. Hassell & Co., Inc.<br>c/o Royce J. Hassell<br>12512 Cutten Road, Suite A<br>Houston, TX 77066-1822 |
| R. Hassell Builders, Inc.<br>Zukowski, Bresenhan & Sinex, L.L.P.<br>1177 West Loop South<br>Suite 1100<br>Houston, TX 77027-9083 | R. Hassell Holding Co., Inc.<br>12512 Cutten, Suite A<br>Houston, Tx 77066-1822 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Cypress Fairbanks Independent School Distric<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Harris County et al.<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| James C. Hassell<br>c/o Bogdan Rentea<br>Rentea & Associates<br>700 Lavaca, Suite 1400<br>Austin, TX 78701-3102 | Leonard H. Simon<br>Pendergraft & Simon, LLP<br>The Riviana Building<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019-2129 | Randy W Williams Ch 7 Trustee<br>7924 Broadway, Suite 104<br>Pearland, TX 77581-7933 |
| Ron Satija<br>Hajjar Peters LLP<br>3144 Bee Caves Rd<br>Austin, TX 78746-5560 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Hassell Management Services, LLC | (u)James C. Hassell Intervivos Trust | (u)Jason Hassell |
| (u)Michael Hassell | (u)Phillip Hassell | (u)Royce Hassell |
| (u)Shawn Hassell | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     7<br>Total                  22 | |