**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
01/20/2021

| | | |
|---|---|---|
| In Re: | R. Hassell Builders, Inc., | |
| | **Debtor(s)** | Case No.: 18–33619 |
| | | Chapter: 7 |

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/20/21

_____
MARVIN ISGUR
United States Bankruptcy Judge